# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEVEN C. PERRY

NO. 2026 KW 0440

**JULY 2, 2026**

---

In Re:    Steven C. Perry, applying for supervisory writs, Ascension City Court, Parish of Ascension, No. 634673.

---

**BEFORE:    McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.**

**WRIT DENIED.** Relator has not briefed any assignments of error or pointed to any specific ruling of the trial court for this court to consider. Applications which consist of nothing more than a list of claims or statutory authority without specific factual support present nothing for this court to review. Furthermore, in order to preserve any issue for review in a misdemeanor criminal case where the sentence consists of a fine, the defendant must either request appellate review prior to paying the fine, or make payment of the fine under circumstances that reflect the payment is not voluntarily made, if payment occurs before review. See **State v. Malone**, 2008-2253 (La. 12/1/09), 25 So.3d 113, 125.

PMc
TPS
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT